IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON L. NORTHRUP,

     Plaintiff,                        No. CIV S-08-1271-JAM-GGH P

     vs.

CA DEPT. OF CORRECTIONS, et al.,

     Defendants.             ORDER

_____/

        While this court's recommendation (# 8) of denial of plaintiff's motion for TRO is pending, plaintiff, a state prisoner proceeding pro se, has since requested that this action be dismissed without prejudice. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 08/19/08

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
nort1271.59ggh